No. 04–9990. LLOYD v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–9991. LIANGSIRIPRASERT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–9992. CRAWFORD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–9994. MCREYNOLDS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–9996. HARRIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–10006. GUERRERO-MORENO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–10010. HERNANDEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10011. FONSECA v. LAMANNA, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 04–10016. PROCTOR v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 04–10019. SHEPARD v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–10033. LOVE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–10050. VIETH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–1179. INTEGRATED TELECOM EXPRESS, INC., ET AL. v. NMSBPCSLDHB, L. P. C. A. 3d Cir. Motion of National Venture Capital Association for leave to file a brief as *amicus curiae* out of time denied. Certiorari denied.

No. 04–1318. MONTANA v. ANYAN ET AL. Sup. Ct. Mont. Motion of respondent Troy Klein for leave to proceed *in forma pauperis* granted. Certiorari denied.